## JOAB YORK

*v.*

## WILLIAM KILE *et al.*

INJUNCTION—*judgment under* $20. By statute, no writ of injunction is allowed to stay proceedings under a judgment of a justice of the peace for a sum not exceeding $20 besides the costs, and where such judgment is under that sum, it is not error to dissolve an injunction granted on the filing of the bill.

WRIT OF ERROR to the Circuit Court of Edgar county; the Hon. JAMES STEELE, Judge, presiding.

Messrs. TROGDON & McKINLAY, for the plaintiff in error.

Mr. THOMAS C. W. SALE, for the defendant in error.

Mr. JUSTICE BREESE delivered the opinion of the Court:

This was an injunction staying a judgment at law, the amount of which was ten dollars and forty-four cents, obtained before a justice of the peace.

Section 8 of the act entitled "Ne Exeat and Injunctions," Ch. 72, R. S. 1845, provides in express terms that no writ of injunction shall be granted to stay proceedings under a judgment obtained before a justice of the peace for a sum not exceeding twenty dollars besides the costs.

The circuit court decided properly in dismissing the bill, and the decree must be affirmed. We have looked into the merits, as the testimony is before us, and think it greatly preponderates in favor of appellee.

*Decree affirmed.*